

ACKNOWLEDGED. Case is dismissed with prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 3/03/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

ADAM SEARS,

    Plaintiff,

v.

UNIVERSAL PROTECTION SERVICE,
LLC d/b/a ALLIED UNIVERSAL
SECURITY SERVICES,

    Defendant.

Case No. 1:23-CV-00743-RLY-MJD

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed in its entirety, with prejudice.

*/s/ Robert J. Hunt*

Robert J. Hunt (30686-49)
1905 South New Market St., Ste 168
Carmel, IN 46032
(317) 743-0614
rob@indianawagelaw.com

*Counsel for Plaintiff*

*/s/ Joshua B. Gessling (with permission)*

Joshua B. Gessling
501 Main St., Ste. 305
Evansville, IN 47708
(812) 423-3183
jgessling@KDDK.com

*Counsel for Defendant*